# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 17, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0515. ROBERT J. DAVIS v. THE STATE.

On September 2011, Robert J. Davis pled guilty to aggravated stalking and escape. As part of his sentence, Davis was permanently restrained from contacting the victim. Following his plea, Davis filed several actions in this Court attempting to challenge the permanent restraining order. See Case Numbers A14D0453, A14A2325, A15D0345, and A15A1670. In this most recent incarnation, Davis filed a motion to withdraw his guilty plea on the basis that his sentence – in particular the permanent restraining order – is illegal. The trial court denied the motion, noting that the issue is res judicata. Davis filed this application for discretionary appeal.

"It is axiomatic that the same issue cannot be relitigated *ad infinitum*. The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our rulings in the prior cases before this court act as res judicata. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). Thus, Davis is estopped from seeking further judicial review on these issues. See id; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (law of the case rule bars successive void sentence appeals). Accordingly, this application for discretionary appeal is hereby DISMISSED.

Given that Davis has filed several prior matters in this Court seeking to address the same issue, this application for discretionary appeal is frivolous. This Court is empowered to impose sanctions upon a party who files a frivolous notice of appeal. See Court of Appeals Rule 15 (b). We thus caution Davis against filing future frivolous matters in this Court as such will result in the imposition of sanctions.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>   08/17/2015   </u>
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*